IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICCI B. PYLE, SR.                                                    PLAINTIFF

 v.        No. 08-2008

RICHARD R. STONE d/b/a
CENTURY ASSOCIATES and
RUSSELL R. ENDEAN                                                     DEFENDANTS

## ORDER

 Now on this 21st day of November 2008, there comes on for consideration the report and recommendation filed herein on October 31, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). The parties have not filed any objections to the report and recommendation.

 The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Russell R. Endean's Motion for Protective Order (Doc. 13) is DENIED.

 IT IS SO ORDERED.

           /s/ Robert T. Dawson
           Honorable Robert T. Dawson
           United States District Judge